**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

DIVX, LLC,

               Plaintiff,

     v.

AMAZON.COM, INC., and
AMAZON WEB SERVICES, INC.,

               Defendants.

Case No. 1:24-cv-02061-MSN-LRV

**JURY TRIAL DEMANDED**

**AMAZON'S MEMORANDUM IN SUPPORT OF
ITS MOTION FOR LEAVE TO AMEND WITNESS LIST**

Defendants Amazon.com, Inc., and Amazon Web Services, Inc. ("Amazon") move for leave to amend their trial witness list to include Greg Truax, Director of Amazon Elemental.[1] Amazon requests leave out of an excess of caution. If the Court enforces its summary judgment order and rules that DivX may not present a claim for infringement of the 806 patent by Amazon Elemental, Amazon need not call Mr. Truax as a trial witness and the Court need not address this motion.

DivX's claims on the 806 patent against both Prime Video and Elemental MediaConvert rise and fall together. DivX maintained throughout discovery that both services work "substantially similar[ly]" for purposes of DivX's infringement case. (Dkt. No. 446 at 2 (Amazon's Motion to Enforce); *see also* (Dkt. No. 451, Ex. 5 (Mangione-Smith Dep., Vol. 2 at 167:23-168:8 (noting both services use the same accused technique.) DivX did not even seek

---

[1] Amazon's Proposed Amended Witness List is attached as Exhibit A to the concurrently filed declaration of Colby L. Moore.

damages for any purported infringement by Elemental, claiming damages based only on Prime Video revenue. (Dkt. No. 446 at 4.) Amazon sought (and the Court granted) summary judgment of "no infringement for [the] asserted claims" of the 806 patent. (Dkt. 195 at 1; *see also* Dkt. 195-1 at 1 (proposed order).) After the Court's summary judgment order, however, DivX took the position that it intends to assert the 806 patent against Elemental MediaConvert at trial anyway, forcing Amazon to move to enforce the summary judgment order. (Dkt. No. 446, Ex. 7.)

Amazon also immediately told DivX—out of an abundance of caution in case the Court allows DivX to proceed as it intends—that Amazon would amend its trial witness list to include Greg Truax as a witness. (Moore Decl., Exs. B, C.) DivX refused to consent to Amazon's proposed amendment. (Moore Decl., Ex. D.)

Good cause supports Amazon's request to amend its witness list because DivX would suffer no prejudice from the proposed amendment and Amazon was diligent in seeking to amend. *See* Fed. R. Civ. P. 16(b); *TecSec v. Adobe Inc.*, No. 1:10-cv-115, 2018 WL 11388472, at *4-5 (E.D. Va. Nov. 21, 2018) (granting motion to amend witness list for good cause where party was diligent in seeking amendment and non-moving party suffered no prejudice from the amendment).

First, DivX would not be prejudiced by the proposed amendment because Mr. Truax was already disclosed as a trial witness by both sides. DivX *itself* already had disclosed that it may call Mr. Truax as a witness at trial. (Dkt. No. 164.) Moreover, Amazon's original trial witness list expressly identified as potential witnesses all "individuals listed on DivX, LLC's trial witness list," including Mr. Truax. (Dkt. No. 160 at 1.) Indeed, Amazon designated Mr. Truax as a corporate representative on topics relating to Elemental MediaConvert in response to DivX's Rule 30(b)(6) deposition notice, and DivX took his deposition. (Moore Decl., Ex. E.) Both parties have since designated Mr. Truax's deposition testimony for trial. And objections to trial witness lists are not due until June 8, 2026.

Second, Amazon was diligent in seeking leave to amend its witness list. The parties exchanged their original trial witness lists on December 18, 2025, before the Court had even set a trial date or a briefing schedule for summary judgment. (Dkt. No. 77 (scheduling order).) Amazon did not learn until May 14 that DivX intended to present a claim against Elemental MediaConvert at trial despite the Court's summary judgment order, and the parties conferred on this issue on May 18. On May 20, Amazon filed its motion to enforce the court's summary judgment order. (Dkt. Nos. 445, 446.) On May 26, Amazon served an amended witness list adding Mr. Truax as a "may call" witness. (Moore Decl., Ex. C.).

If the Court allows DivX's claims against Elemental MediaConvert to proceed to trial—and it should not, for the reasons Amazon explained in its separate motion addressed to that issue—refusing to allow Amazon to call Mr. Truax would prejudice Amazon, and leave it without its witness designated throughout the case to testify about the accused service.

Amazon thus respectfully requests that the Court grant it leave to amend its witness list, as provided in the attached Exhibit A.

Dated:  May 28, 2026

*Of Counsel:*

J. David Hadden, *pro hac vice*
    dhadden@fenwick.com
Saina S. Shamilov, *pro hac vice*
    sshamilov@fenwick.com
Ravi R. Ranganath, *pro hac vice*
    rranganath@fenwick.com
Todd R. Gregorian, *pro hac vice*
    tgregorian@fenwick.com
Allen Wang, *pro hac vice*
    allen.wang@fenwick.com
Jeffrey Ware, *pro hac vice*
    jware@fenwick.com
Geoffrey R. Miller, *pro hac vice*
    gmiller@fenwick.com
Rebecca A.E. Fewkes, *pro hac vice*
    rfewkes@fenwick.com
Daniel S. Rabinowitz, *pro hac vice*
    DRabinowitz@fenwick.com
Gregory Adams, *pro hac vice*
    GAdams@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Tel: (650) 988-8500
Fax:  (650) 938-5200

Respectfully submitted,

/s/   Colby L. Moore
Colby L. Moore
Virginia State Bar No. 97127
cmoore@kaiserlaw.com
Courtney R. Forrest
Virginia State Bar No. 76738
cforrest@kaiserlaw.com
KAISER PLLC
1099 14th Street, NW
8th Floor West
Washington, DC 20005
Tel: (202) 640-2850
Fax: (202) 280-1034

*Counsel for Defendants*
*Amazon.com, Inc. and Amazon Web Services, Inc.*

4

## CERTIFICATE OF SERVICE

I certify that on May 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/  Colby L. Moore*
Colby L. Moore
Virginia State Bar No. 97127
cmoore@kaiserlaw.com
Courtney R. Forrest
Virginia State Bar No. 76738
cforrest@kaiserlaw.com
KAISER PLLC
1099 14th Street, NW
8th Floor West
Washington, DC 20005
Tel: (202) 640-2850
Fax: (202) 280-1034