**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DIVX, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., and<br>AMAZON WEB SERVICES, INC.,<br><br>       Defendants. | Case No. 1:24-cv-02061-MSN-LRV<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF COLBY L. MOORE IN SUPPORT OF AMAZON'S**
**MOTION FOR LEAVE TO AMEND WITNESS LIST**

I, Colby L. Moore, hereby declare as follows:

1.      I am an attorney admitted to the Virginia State Bar and with the law firm of Kaiser PLLC, counsel of record for Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively "Amazon").  I submit this declaration in support of Amazon's Motion for Leave to Amend Witness List.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Amazon's Proposed Amended Witness List.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a service email from C. Moore, counsel for Amazon, to counsel for DivX, dated May 26, 2026.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Amazon's Amended Witness List, as-served to DivX on May 26, 2026 via the service email identified as Exhibit B.

5.      Attached hereto as **Exhibit D** is a true and correct copy of an email from E. Tremblay, counsel for DivX, to counsel for Amazon, dated May 26, 2026.

6.      Attached hereto as **Exhibit E** is a true and correct copy of an email from R. Fewkes, counsel for Amazon, to counsel for DivX, dated October 14, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2026.

 _/s/ Colby L. Moore_
Colby L. Moore

1