# Exhibit B

| | |
|---|---|
| **From:** | Colby Moore |
| **To:** | AFahrenkrog@RobinsKaplan.com; Linden, Benjamen C.; Charles Molster; dmcphie@irell.com; Tremblay, Emily J.; jsheasby@irell.com; jgutierrez@robinskaplan.com; Lisa Glasser; Drew, Logan J.; #DivX-Amazon; Prange, David A.; pwarrick@irell.com; Babak Redjaian; DivX - Robbins Kaplan; Tara Zurawski; divx_amazon@bdiplaw.com; spayne@irell.com |
| **Cc:** | Allen Wang; Courtney Forrest; Daniel Rabinowitz; Geoff Miller; Gregory Adams; David Hadden; Ravi Ranganath; Rebecca Fewkes; Saina Shamilov; Amazon DivX; Jeffrey Ware |
| **Subject:** | DivX v. Amazon - Amended Trial Witness List |
| **Date:** | Tuesday, May 26, 2026 4:58:01 PM |
| **Attachments:** | Amazon"s Amended Trial Witness List.pdf |

**\*\* EXTERNAL EMAIL \*\***

Counsel,

Attached and served upon you, please find Amazon's Amended Trial Witness List pertaining to DivX, LLC v. Amazon.com, Inc., et al., Case No. 1:24-cv-02061 (MSN/LRV).

Sincerely,

Colby L. Moore
**Kaiser PLLC**
1099 14th Street, N.W.
8th Floor West
Washington, D.C.  20005
(202) 640-2850 (Main)
(202) 991-8301 (Direct)
cmoore@kaiserlaw.com