# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

DIVX, LLC,

               Plaintiff,

    v.

AMAZON.COM, INC., and
AMAZON WEB SERVICES, INC.,

               Defendants.

Case No. 1:24-cv-02061-MSN-LRV

**JURY TRIAL DEMANDED**

**AMAZON'S AMENDED TRIAL WITNESS LIST**

Defendants Amazon,com, Inc. and Amazon Web Services, Inc. (together, "Amazon") expect to call at trial the percipient and expert witnesses identified below.  Amazon may call individuals listed on DivX, LLC's trial witness list, as well as individuals necessary for rebuttal. Amazon intends to cross-examine any witnesses DivX presents and reserves the right to adjust the order and manner in which they present witnesses based on DivX's case.  In addition, Amazon may present deposition testimony in the event that any of the individuals listed below as witnesses that Amazon intends to call become unable to attend trial or are otherwise unable to provide live testimony.

| No. | Witness | Will Call [live or by deposition][1] | May Call [live] | May Call [by deposition] |
|---|---|---|---|---|
| 1 | BA Winston | x | | |
| 2 | Greg Truax | | x | |
| 3 | Yongjun Wu | | x | |
| 4 | Noel Egnatios | | | x |
| 5 | Francis Chan | | | x |
| 6 | Jason Braness | | | x |
| 7 | Roland Osborne | | | x |
| 8 | Dr. Dan Schonfeld | x | | |
| 9 | Dr. Jing Hu | x | | |
| 10 | Dr. Gareth Macartney | x | | |

---

[1] Amazon expects the listed witnesses to be available for live testimony, but due to the potential for circumstances beyond Amazon's control, Amazon reserves the right to designate witnesses and present their testimony by deposition should the need arise.  Unforeseen circumstances may also impact the order in which Amazon present witnesses and the way Amazon present them.

1

Dated:  May 26, 2026

Respectfully submitted,

*Of Counsel:*

/s/ *Colby Louis Moore*

J. David Hadden, *pro hac vice*
    dhadden@fenwick.com
Saina S. Shamilov, *pro hac vice*
    sshamilov@fenwick.com
Ravi R. Ranganath, *pro hac vice*
    rranganath@fenwick.com
Allen Wang, *pro hac vice*
    allen.wang@fenwick.com
Geoffrey R. Miller, *pro hac vice*
    gmiller@fenwick.com
Rebecca A.E. Fewkes, *pro hac vice*
    rfewkes@fenwick.com
Daniel S. Rabinowitz, *pro hac vice*
    DRabinowitz@fenwick.com
Jeffrey Ware, *pro hac vice*
    jware@fenwick.com
Gregory Adams, *pro hac vice*
    GAdams@fenwick.com
Gregory Sefian, *pro hac vice*
    GSefian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Tel: (650) 988-8500
Fax:  (650) 938-5200

Colby Louis Moore
Virginia State Bar No. 97127
cmoore@kaiserlaw.com
Courtney R. Forrest
Virginia State Bar No. 76738
cforrest@kaiserlaw.com
KAISER PLLC
1099 14th Street, NW
8th Floor West
Washington, DC 20005
Tel: (202) 640-2850
Fax: (202) 280-1034

*Counsel for Defendants*
*Amazon.com, Inc. and Amazon Web Services, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, I served all counsel of record with a copy of this document via electronic mail.

By:  */s/ Colby Louis Moore*
Colby Louis Moore
Virginia State Bar No. 97127
cmoore@kaiserlaw.com
Courtney R. Forrest
Virginia State Bar No. 76738
cforrest@kaiserlaw.com
KAISER PLLC
1099 14th Street, NW
8th Floor West
Washington, DC 20005
Tel: (202) 640-2850
Fax: (202) 280-1034

3