# Exhibit D

| From: | Tremblay, Emily J. |
|---|---|
| To: | Colby Moore; Fahrenkrog, Aaron R.; Linden, Benjamen C.; Charles Molster; dmcphie@irell.com; jsheasby@irell.com; Gutierrez, Jessica L.; Lisa Glasser; Drew, Logan J.; #DivX-Amazon; Prange, David A.; pwarrick@irell.com; Babak Redjaian; RKDivXAmzn@RobinsKaplan.com; Tara Zurawski; divx_amazon@bdiplaw.com; spayne@irell.com |
| Cc: | Allen Wang; Courtney Forrest; Daniel Rabinowitz; Geoff Miller; Gregory Adams; David Hadden; Ravi Ranganath; Rebecca Fewkes; Saina Shamilov; Amazon DivX; Jeffrey Ware |
| Subject: | RE: DivX v. Amazon - Amended Trial Witness List |
| Date: | Tuesday, May 26, 2026 5:46:49 PM |

**\*\* EXTERNAL EMAIL \*\***

Counsel,

As you know, serving an amended witness list is insufficient and not effective. Amazon requires leave of Court to amend its witness list. DivX opposes the late amendment and the attempt to amend without leave. Amazon identifies no good cause for identifying Mr. Truax only now. We previously asked Amazon to identify the proposed subjects of testimony for its new witnesses (Mr. Truax), and Amazon's basis for seeking leave to amend, in particular, why Amazon could not have anticipated needing to identify Mr. Truax earlier. Provide that information without delay.

DivX reserves its rights to lodge fulsome objections to Amazon's witness list on June 6, pursuant to the parties' agreement.

Emily J. Tremblay
Direct: (612) 349-0953

---

**From:** Colby Moore <cmoore@kaiserlaw.com>
**Sent:** Tuesday, May 26, 2026 3:57 PM
**To:** Fahrenkrog, Aaron R. <AFahrenkrog@RobinsKaplan.com>; Linden, Benjamen C. <BLinden@RobinsKaplan.com>; Charles Molster <cmolster@molsterlaw.com>; dmcphie@irell.com; Tremblay, Emily J. <ETremblay@RobinsKaplan.com>; jsheasby@irell.com; Gutierrez, Jessica L. <JGutierrez@RobinsKaplan.com>; Lisa Glasser <lglasser@irell.com>; Drew, Logan J. <LDrew@RobinsKaplan.com>; #DivX-Amazon <divx-amazon@irell.com>; Prange, David A. <DPrange@RobinsKaplan.com>; pwarrick@irell.com; Babak Redjaian <bredjaian@irell.com>; RKDivXAmzn@RobinsKaplan.com; Tara Zurawski <tzurawski@bdiplaw.com>; divx_amazon@bdiplaw.com; spayne@irell.com
**Cc:** Allen Wang <allen.wang@fenwick.com>; Courtney Forrest <cforrest@kaiserlaw.com>; Daniel Rabinowitz <drabinowitz@fenwick.com>; Geoff Miller <gmiller@fenwick.com>; Gregory Adams <gadams@fenwick.com>; David Hadden <dhadden@fenwick.com>; Ravi Ranganath <rranganath@fenwick.com>; Rebecca Fewkes <rfewkes@fenwick.com>; Saina Shamilov <sshamilov@fenwick.com>; Amazon DivX <amazondivx@fenwick.com>; Jeffrey Ware <jware@fenwick.com>
**Subject:** [EXTERNAL] DivX v. Amazon - Amended Trial Witness List

Counsel,

Attached and served upon you, please find Amazon's Amended Trial Witness List pertaining to DivX, LLC v. Amazon.com, Inc., et al., Case No. 1:24-cv-02061 (MSN/LRV).

Sincerely,

Colby L. Moore
**Kaiser PLLC**
1099 14th Street, N.W.
8th Floor West
Washington, D.C.  20005
(202) 640-2850 (Main)
(202) 991-8301 (Direct)
cmoore@kaiserlaw.com

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com

---