# Exhibit E

| | |
|---|---|
| **From:** | Rebecca Fewkes |
| **To:** | Drew, Logan J. |
| **Cc:** | rkdivxamzn@robinskaplan.com; #DivX-Amazon; Colby Moore; Courtney Forrest; Charles Molster; Amazon DivX |
| **Subject:** | DivX (EDVA): Deposition scheduling |
| **Date:** | Tuesday, October 14, 2025 5:41:58 PM |

Counsel,

Greg Truax can be available for deposition on October 22, via remote videoconference to begin at 8 AM PT.  Subject to Amazon's objections, Mr. Truax will serve as Amazon's designee on Topics: 5, 6, 9-11, 15, 17, 19, 21-30, 33, 34, 38, 39, 49, and 83; all related to Elemental services and Live Encoding of PV content.  Please advise whether DivX will take Mr. Truax's deposition on this date and time.

Sincerely,

Rebecca Fewkes (she/her)

Fenwick | Associate | +1 650-335-7875 | rfewkes@fenwick.com | Admitted to practice in California.