IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DIVX, LLC,

              Plaintiff,

    v.

AMAZON.COM, INC., ET AL,
              Defendants.

No. 1:24-cv-2061 (MSN/LRV)

## **ORDER**

This matter comes before the Court on the parties' Joint Motion to Stay and Notice of Settlement. ECF 494. A hearing on all outstanding pretrial motions and issues is currently scheduled for June 10, 2026, at 10:00 a.m., and a jury trial in this matter is set to begin on June 22, 2026. At 12:36 a.m. on June 9, 2026, the parties informed the Court that "[o]n June 8, 2026, the parties have reached a final settlement in principle and expect to imminently execute a Settlement Agreement." ECF 494 ¶ 4. The Court has devoted significant resources to this matter throughout all stages of litigation, particularly to the dozens of pending motions that have yet to be resolved. The Court commends the parties for reaching a settlement in this matter and accepts the parties' representation that they "**have reached a final settlement in principle and expect to imminently execute a Settlement Agreement**." Therefore, it is hereby

ORDERED that the Joint Motion (ECF 494) is GRANTED; and it is further

ORDERED that this matter is STAYED in its entirety for thirty (30) days from the date of the entry of this Order; and it is further

ORDERED that within thirty (30) days of the date of the entry of this Order, the parties fully execute their settlement in this matter and file a stipulation of dismissal, or SHOW CAUSE why this matter should not be dismissed with prejudice at that time.

**IT IS SO ORDERED.**

The Clerk of Court is directed to terminate all pending hearings and the jury trial in this matter and to forward a copy of this Order to counsel of record.

/s/

Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
June 9, 2026